IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAULO CRUZ GONZALEZ,

    Plaintiff,

v.

JACKIE WESTOVER, et al.,

    Defendants.

ORDER

Case No. 20-cv-635-jdp

On July 30, 2020, I entered an order assessing plaintiff Paulo Cruz Gonzalez an initial partial payment of $340.89 due by August 20, 2020. Dkt. 9. On August 24, 2020, plaintiff submitted a letter along with documentation indicating that he requested that the institution business office submit funds from his inmate account to pay the $350.00 fee and the institution has yet to provide payment. Dkt. 12. However, it appears that the disbursement request plaintiff submitted with his letter (dkt. 12-2), has yet to be approved by the institution business office. Additionally, plaintiff is reminded that he is only required to pay $340.89 as an initial payment not the full $350.00 fee.  Therefore, I will construe plaintiff's letter as a motion for extension of time to submit the $340.89 initial partial payment. Plaintiff's motion is GRANTED.

ORDER

IT IS ORDERED that:

1.    Plaintiff Paulo Cruz Gonzalez's motion for extension of time to submit the $340.89 initial partial payment, dkt. 12, is GRANTED.

2.    Plaintiff may have until September 18, 2020 to submit the $340.89 initial partial payment. If plaintiff does not have enough money to make the initial partial

payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account

3.    If by September 18, plaintiff fails to submit the $340.89 initial partial payment or show cause for his failure to do so, plaintiff will have withdrawn this case voluntarily and the case will be closed without prejudice.

4.    The clerk's office is directed to mail the disbursement request (dkt. 12-2) and a copy of this order to the institution business office.

Entered this 27th day of August, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge