# PSYCHOLOGICAL SERVICE REQUEST

**DEPARTMENT OF CORRECTION**
Division of Adult Institutions
DOC-3035B (Rev. 8/2014)
WISCONSIN

- USE THIS FORM TO COMMUNICATE WITH THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- USE THE BLUE DOC-3035 HEALTH SERVICE REQUEST IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR PSYCHIATRIC SERVICES
- PLACE ALL PAGES OF COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.
- PRINT CLEARLY

FILED/REC'D
2022 NOV 22 A 11:28
CLERK OF COURT
U.S. DISTRICT COURT
W.D. OF WI

| LAST NAME | FIRST NAME | DOC NUMBER |
|---|---|---|
| Gonzalez | Paulo | 394340 |

| FACILITY | HOUSING UNIT | CELL NUMBER | TODAY'S DATE |
|---|---|---|---|
| CCI | D15 | 14 | 4-2-17 |

**REQUEST FOR:**
- [x] PSYCHOLOGICAL SERVICES
- [ ] REQUEST FOR COPIES FROM PSU RECORD (List records below)
- [ ] REQUEST FOR PSU RECORD REVIEW
- [ ] INFORMATION
- [ ] OTHER:

FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL
DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.
IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.

My mother is really sick and it's causing me great distress. I need to make a phone call. The social worker has denied me which is unfair, please help me make a phone call/get a phone call. I will greatly appreciate it. My life depends on it.

- [x] I WOULD LIKE TO SEE PSYCHOLOGY STAFF
- [ ] I DO NOT NEED TO SEE PSYCHOLOGY STAFF

**DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY**

| TRIAGED BY | DATE RECEIVED | ACTION | | STAFF INITIALS |
|---|---|---|---|---|
| [x] PSU | 5-3-17 | [ ] Direct Response | [x] Delegate to Norge | RR |
| [x] HSU | | [x] Refer to PSU (routine) | [ ] Other (specify in notes below) | |

NOTES (IF NEEDED):

**RESPONSE**
- [ ] A psychology appointment is scheduled for the following time frame: _____
- [ ] Your request has been referred to the Psychiatrist within the Health Service Unit
- [ ] Your request has been referred to the Health Services Unit for medical issues
- [ ] Refer for a record review appointment or for copies only. (Must be processed within 30 days of request)
- [ ] Other: This request will be discussed.

| STAFF SIGNATURE | DATE SIGNED | PRINT STAFF NAME |
|---|---|---|
| [signature] | 5/3/17 | Dr Norge |

PSU Record, Inmate Correspondence Section  **EXHIBIT-2**