Name: GONZALEZ, PAULO C.
IPTS022A

# Bed Assignments

DOC #: 394340  PID #: 0394340
Friday October 28, 2022 09:13:56 AM

**Bed Assignments** (41 - 60 of 274)

| Date | Time | Facility Name | Housing Unit | Bed ID | Status |
|---|---|---|---|---|---|
| 02/21/2020 | 12:35 PM | Green Bay Correctional Institution | TU/TC | _119/LO | Unassigned |
| 08/06/2019 | 12:40 PM | Columbia Correctional Institution | H4/BL | __43/_L | Unassigned |
| 07/25/2019 | 08:53 AM | Columbia Correctional Institution | S2/BL | __49/_L | Unassigned |
| 09/19/2018 | 10:18 AM | Columbia Correctional Institution | H2/BL | __47/_L | Unassigned |
| 08/14/2018 | 03:39 PM | Columbia Correctional Institution | H7/BU | __38/_L | Unassigned |
| 07/25/2018 | 01:42 PM | Columbia Correctional Institution | H2/BU | __30/_L | Unassigned |
| 04/09/2018 | 05:42 PM | Columbia Correctional Institution | H6/BL | __46/_L | Unassigned |
| 11/14/2017 | 08:36 AM | Columbia Correctional Institution | H7/AU | ___2/_L | Unassigned |
| 09/27/2017 | 06:55 PM | Columbia Correctional Institution | H7/AL | __22/_L | Unassigned |
| 09/20/2017 | 11:56 AM | Columbia Correctional Institution | H7/BL | __46/_L | Unassigned |
| 07/17/2017 | 02:41 PM | Columbia Correctional Institution | H7/AL | __22/_L | Unassigned |
| 05/17/2017 | 12:26 PM | Columbia Correctional Institution | H7/BL | __47/_L | Unassigned |
| 04/18/2017 | 12:48 PM | Columbia Correctional Institution | S1/AU | __14/_L | Unassigned |
| 11/27/2016 | 11:16 AM | Columbia Correctional Institution | H9/AU | __10/_L | Unassigned |
| 11/27/2016 | 06:42 AM | Columbia Correctional Institution | S1/OB | __45/_L | Unassigned |
| 03/03/2016 | 10:26 AM | Columbia Correctional Institution | H9/AU | __10/_L | Unassigned |
| 03/03/2016 | 12:18 AM | Columbia Correctional Institution | S1/AL | ___6/_L | Unassigned |
| 08/13/2015 | 02:13 PM | Columbia Correctional Institution | H9/AU | __10/_L | Unassigned |
| 08/13/2015 | 09:03 AM | Columbia Correctional Institution | H8/AL | __21/_L | Unassigned |
| 07/28/2015 | 05:55 PM | Columbia Correctional Institution | RO/_A | ___5/_L | Unassigned |

Prior Page    Next Page

EXHIBIT-3