Name: GONZALEZ, PAULO C.　　　　　　　　　　　　　　　　DOC #: 394340　PID #: 0394340

IPTS010A　　　**Inmate Status Changes**　　Friday October 28, 2022 09:14:07 AM

**Inmate Status Changes (1 - 20 of 187)**

| Date | Status | Sub-Status |
|---|---|---|
| 08/25/2022 | DAI Inmate | General Population |
| 08/25/2022 | DAI Inmate | Temporary Lockup |
| 02/21/2020 | DAI Inmate | General Population |
| 08/06/2019 | DAI Inmate | General Population |
| 07/25/2019 | DAI Inmate | Temporary Lockup |
| 09/19/2018 | DAI Inmate | General Population |
| 08/24/2018 | DAI Inmate | Disciplinary Separation Step 1 |
| 08/08/2018 | DAI Inmate | Temporary Lockup |
| 11/02/2017 | DAI Inmate | General Population |
| 10/09/2017 | DAI Inmate | Disciplinary Separation Step 1 |
| 09/20/2017 | DAI Inmate | Temporary Lockup |
| 09/01/2017 | DAI Inmate | General Population |
| 06/23/2017 | DAI Inmate | Disciplinary Separation Step 3 |
| 05/26/2017 | DAI Inmate | Disciplinary Separation Step 2 |
| 05/17/2017 | DAI Inmate | Program Segregation Step 1 |
| 05/05/2017 | DAI Inmate | Disciplinary Separation Step 1 |
| 04/21/2017 | DAI Inmate | Temporary Lockup |
| 04/18/2017 | DAI Inmate | Controlled Segregation |
| 04/18/2017 | DAI Inmate | Temporary Lockup |
| 11/27/2016 | DAI Inmate | General Population |

[ Next Page ]

EXHIBIT-4