Name: GONZALEZ, PAULO C.  DOC #: 394340  PID #: 0394340

ISSS061A  **Inmate Restrictions/Precautions**  Friday October 28, 2022 09:13:40 AM

### Inmate Restrictions/Precautions (1 - 8 of 8)

| Start Date | End Date | Type | Status | Comments |
|---|---|---|---|---|
| 04/18/2017 | 05/12/2017 | Spit Mask - | Closed | Yes |
| 04/18/2017 | 05/16/2017 | Two Officer Escort (includes use of leg irons) | Closed | Yes |
| 04/18/2017 | 05/16/2017 | Back of Cell | Closed | Yes |
| 04/18/2017 | 05/16/2017 | Lower Trap | Closed | Yes |
| 04/18/2017 | 05/16/2017 | Bag Meal | Closed | Yes |
| 04/18/2017 | 05/16/2017 | All Sharps | Closed | Yes |
| 05/02/2017 | 05/04/2017 | Nutra Loaf | Closed | Yes |
| 09/20/2017 | 10/20/2017 | All Sharps | Closed | No |

**EXHIBIT-5**