# DENIED VISIT JUSTIFICATION

DATE: 4-25-17   TIME: 11:45

| TO: | OFFENDER NAME: GONZALEZ Paulo | DOC #: 394370 | FACILITY / UNIT: CCI |
|---|---|---|---|

FROM: | GATEHOUSE/LOBBY OFFICER/CONTROL CENTER

RE: DENIED VISIT

This is to inform you that: _Steve Collins_ was denied a visit today for the following reason. (608) 770-4050

(Staff check appropriate reason)

- [ ] Visitor lacked appropriate identification
- [ ] Visitor not on approved visitor list
- [ ] Visitor arrived during non-visiting hours or too late
- [ ] Visitor could not clear metal detection devices
- [ ] Visitor was in inappropriate attire (explain below)
- [ ] You already had the maximum number of allowed visits for the
- [ ] Date of last visit: _____ [ ] week, [ ] weekend of, or [ ] day.
- [ ] Visitor appeared to be under the influence of alcohol and/or other mind-altering substance
- [x] Your Segregation / Disciplinary Status prevented visit
- [ ] You were medically confined
- [ ] You have pending transfer
- [x] Other (indicate reason): In RH-1 to Evaluate Stability.

_____

_____

_____

| STAFF MEMBER SIGNATURE / TITLE: Sgt. Jordan | DATE SIGNED 4/25/17 |
|---|---|

REMARKS:

**EXHIBIT-6**