

## COLUMBIA CORRECTIONAL INSTITUTION

ADVOCATE INTERVIEW SUMMARY

**Date:** May 3rd, 2017

**To:** Disciplinary Committee/Officer

**From:** Cordell Peetz, Advocate

**Subject:** Conduct Report #2953754     Gonzalez, Paulo #394340

**Hearing Date:** May 4th, 2017

I contacted the accused on May 3rd. 2017 cp  Inmate Gonzalez requested a Spanish interpreter and was informed of the tentative date of the hearing.

That concluded the interview.

EXHIBIT-7