DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-67 (Rev. 4/2015)

WISCONSIN
Administrative Rule
Chapter DOC 303.10

# NOTICE OF INMATE PLACED IN TEMPORARY LOCKUP

| INMATE NAME (Last, First, M.I.) | DOC NUMBER | FACILITY NAME | CELL / UNIT NUMBER |
|---|---|---|---|
| Gonzalee, Paulo | 394340 | CCI | HU9/10 |

| PLACEMENT DATE | PLACEMENT TIME | MAXIMUM DATE OF RELEASE FROM TLU | NAME OR PERSON MAKING PLACEMENT (Check title) |
|---|---|---|---|
| 4/18/17 | 1240 P.M. | 5/9/17 | Wogernese |

☑ SECURITY SUPERVISOR  ☐ SECURITY DIRECTOR / DESIGNEE  ☐ WARDEN/SUPERINTENDENT

☐ MH-0  ☐ MH-1  ☑ MH-2A  ☐ MH-2B  ☐ ID

**REASON(S) FOR PLACEMENT**
Include facts upon which decision is based, alleged offenses if relevant, a description of the incident or situation that prompted the decision and known, non-confidential sources of information.

Pending CR for assault on employee

**LOCATION OF TLU PLACEMENT**
☑ Restrictive Status Housing  ☐ Other

**RATIONALE FOR LOCATION**
Nature of offense

**INMATE'S STATEMENT**
This statement will be taken into consideration in the Security Director's initial review. For subsequent 7-day reviews, you may write to the office of the Security Director to provide further information concerning the appropriateness of continued TLU placement.

I/M in Controlled Separation Status

☐ INMATE HAS NO COMMENT  ☑ INMATE REFUSES TO SIGN STATEMENT

| SIGNATURE OF INMATE | DATE SIGNED | TIME SIGNED M. |
|---|---|---|

I certify that the inmate is being notified of his/her right to make a statement. The inmate is making the above statement in my presence, has no comment, or refuses to sign the statement as indicated above. I am giving a copy of this notice to the inmate at this time.

| SIGNATURE OF STAFF MEMBER | DATE COPY GIVEN TO INMATE | TIME SIGNED |
|---|---|---|
| Capt. Wogernose | 4/19/17 | 240 P M. |

**SECURITY DIRECTOR'S INITIAL REVIEW**

CONSULTED WITH PSU  ☑ YES (required for MH code of 2A, 2B or ID)  ☐ NO

DECISION  ☑ Retain Inmate in Temporary Lockup  ☐ Release Inmate from Temporary Lockup

**REASON(S) FOR DECISION:**

Assault on employee

| SIGNATURE OF SECURITY DIRECTOR | DATE REVIEWED |
|---|---|
| [signature] | 04.19.17 |

DISTRIBUTION: Original – Social Service File, Conduct Report Section; Official Record - Security Office; Copy - Warden / Superintendent; Copy - Inmate (Prior to Security Director's Review)

EXHIBIT-8