DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-68 (Rev. 11/2014)

04/25
05/02
05/09

WISCONSIN
Administrative Code
Chapter DOC 303

# REVIEW OF INMATE IN TEMPORARY LOCKUP

| INMATE NAME (Last, First) | DOC NUMBER: | FACILITY NAME: |
|---|---|---|
| GONZALEZ, PAULO | 394340 | CCI |
| PLACEMENT DATE (mm/dd/yyyy): 04/18/2017 | MAXIMUM DATE OF RELEASE FROM TLU (mm/dd/yyyy): 05/09/2017 | DATE OF INITIAL REVIEW (mm/dd/yyyy): 04/19/2017 |

### SECURITY DIRECTOR'S FIRST 7-DAY REVIEW

DECISION  ☒ RETAIN INMATE IN TEMPORARY LOCKUP   ☐ RELEASE INMATE FROM TEMPORARY LOCKUP

REASON(S) FOR DECISION (INCLUDE FACTS UPON WHICH DECISION IS BASED):

Assault on employee
Caused major disruption

SECURITY DIRECTOR'S SIGNATURE: *[signature]*

DATE SIGNED (mm/dd/yyyy): 04-25-17

### SECURITY DIRECTOR'S SECOND 7-DAY REVIEW

DECISION  ☒ RETAIN INMATE IN TEMPORARY LOCKUP   ☐ RELEASE INMATE FROM TEMPORARY LOCKUP

REASON(S) FOR DECISION (INCLUDE FACTS UPON WHICH DECISION IS BASED):

Assault on employee

SECURITY DIRECTOR'S SIGNATURE: *[signature]*

DATE SIGNED (mm/dd/yyyy): 05-02-17

### EXTENSION OF TLU (If Appropriate)

| LENGTH OF EXTENSION: DAYS | REVISED MAXIMUM DATE OF RELEASE FROM TLU: |
|---|---|

REASON(S) EXTENSION IS NECESSARY:

| WARDEN'S SIGNATURE: | DATE SIGNED (mm/dd/yyyy): |
|---|---|

### SECOND EXTENSION OF TLU (If Appropriate)

REASON(S) FOR EXTENSION:

| DAI ADMINISTRATOR'S SIGNATURE: | DATE SIGNED (mm/dd/yyyy): |
|---|---|

DISTRIBUTION: Original – Security Director; Copy – Social Services File; Copy – Warden; Copy – DAI Administrator

Page 1 of 1

EXHIBIT-9