DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-9 (Rev. 1/2015)

WISCONSIN
Administrative Code
Chapter DOC 303

## ADULT CONDUCT REPORT    1107

| INMATE NAME (Last, First) GONZALEZ, PAULO | DOC NUMBER 394340 | INMATE LIVING QUARTERS NAME UNIT 9 | FACILITY NAME CCI | CONDUCT REPORT NUMBER 2953754 |

**DESCRIPTION OF INCIDENT** (Include detailed facts upon which charges are based, sources of information, evidence, statement of other staff members and, if appropriate, cell or shop assignment number.)

ON APRIL 18, 2017 AT APPROX. 1215 PM. WHILE DISCUSSING INMATE JOB OPPORTUNITIES WITH I/M GONZALEZ, PAULO #394340, HE BECAME EXTREMELY AGITATED WITH MY ANSWERS. I EXPLAINED TO GONZALEZ THAT HE NEEDED TO FOLLOW PROCEDURE AND SUBMIT APPLICATIONS AND THAT HE HAD BEEN OFFERED A PART-TIME UTILITY POSITION, WHICH HE REFUSED. GONZALEZ WENT ON RANTING ABOUT WHAT HE WANTED AND SHOULD GET. I AGAIN REMINDED HIM THAT HE HAD BEEN OFFERED A POSITION, WHICH HE REFUSED. GONZALEZ THEN LOUDLY STATED "SO WHAT SO WHAT!" WHILE ATTEMPTING TO FORCEFULLY HURL THE ~~LOCATED~~ COMPUTER MONITOR LOCATED ON THE DESK IN MY DIRECTION. AS I STOOD TO DISENGAGE, GONZALEZ THEN GRABBED THE PHONE AND ATTEMPTED

| PRINT STAFF MEMBER NAME COMPLETING THIS REPORT  HNK | DATE COMPLETED (mm/dd/yyyy) 04 / 18 / 2017 |

### RULE ALLEGEDLY VIOLATED

| | | FINDING OF GUILT |
| | Rule | Guilty | Not Guilty |
| 1. DOC 303. 13 | ASSAULT ON EMPLOYEE | ☒ | ☐ |
| 2. DOC 303. ___ | ___ | ☐ | ☐ |
| 3. DOC 303. ___ | ___ | ☐ | ☐ |
| 4. DOC 303. ___ | ___ | ☐ | ☐ |

### RECORD OF UNCONTESTED DISPOSITION (Complete if 303.76)

| DISPOSITION: | DATE OF DISPOSITION (mm/dd/yyyy) |

| NAME OF APPROVING SUPERVISOR: | INMATE'S SIGNATURE OF AGREEMENT |

### SECURITY DIRECTOR REVIEW (Complete if 303.80 or 303.81)

**CONDUCT REPORT PROCESS:** ☒ Proceed as Major  ☐ Proceed as Minor  ☐ Return for more information  ☐ Dismiss

CONSIDERATION OF MAJOR HEARING :

- ☒ Designated as a Major Offense by DOC 303.71 (2) OR
- ☐ Previously been found guilty of the same or similar offense (consideration given to how often and how recently)
- ☐ Recently been warned about the same or similar conduct
- ☐ Created a risk of serious disruption at the facility or in the community
- ☐ Created a risk of serious injury to another person
- ☐ Created a risk of serious financial impact
- ☐ The value of property involved (if alleged violation was actual or attempted damage and/or misuse of property, possession of money, gambling, unauthorized transfer of property, soliciting staff or theft)
- ☐ Psychological services input for serious mentally ill inmate

| SECURITY DIRECTOR SIGNATURE | DATE SIGNED (mm/dd/yyyy) 04-19-17 |

| DATE COPY GIVEN TO INMATE (mm/dd/yyyy) 4-20-17 | PRINT NAME OF STAFF DELIVERING COPY TO INMATE  Swanson |

### RECORD OF UNCONTESTED MAJOR DISPOSITION

| DISPOSITION: refused 180 days disciplinary separation | DATE OF DISPOSITION (mm/dd/yyyy) |
| NAME OF SUPERVISOR | INMATE'S SIGNATURE OF AGREEMENT |

SECURITY DIRECTOR APPROVED ☐   DEPUTY WARDEN APPROVED ☐

### RECORD OF CONTESTED DISPOSITION DOC (303.77, DOC 303.80, DOC 303.81)

| DISPOSITION: 120 days disciplinary Separation | DATE OF DISPOSITION (mm/dd/yyyy) 05/04/2017 |
| NAME OF SUPERVISOR  Lt Swanson | MAJOR DISPOSITION ☒ Yes   MINOR DISPOSITION ☐ Yes |

REFERRED TO CLASSIFICATION COMMITTEE:   ☐ Yes   ☐ No

EXHIBIT-10

DISTRIBUTION: Original – Social Service File; Official Record – Security Office; Copy - Inmate