DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-9A (Rev. 11/2014)

WISCONSIN
Administrative Code
Chapter DOC 303

## ADULT CONDUCT REPORT
### Continued

| INMATE NAME (Last, First, M.I.) | DOC NUMBER | FACILITY NAME: | CONDUCT REPORT NUMBER: |
|---|---|---|---|
| GONZALEZ, PAOLO | 394340 | CCI | 2953754 |

**DESCRIPTION OF INCIDENT - CONTINUED**

FORCEFULLY HURL IT IN MY DIRECTION, WHICH I DEFLECTED WITH MY LEFT HAND. GONZALEZ THEN GRABBED A FULL PLASTIC WATER BOTTLE LOCATED ON THE DESK AND AGAIN ATTEMPTED TO FORCEFULLY HURL IN MY DIRECTION WHICH I DEFLECTED WITH MY LEFT HAND. IT IS MY FIRM BELIEF THAT THE ACTIONS TAKEN BY GONZALEZ WERE AN ATTEMPT TO CAUSE PHYSICAL INJURY TO ME. AT THIS TIME, CO HOLLAND ENGAGED GONZALEZ IN AN EFFORT TO DECENTRALIZE HIM AND GAIN CONTROL. GONZALEZ BEGAN THROWING PUNCHES AND STRUGGLING TO DISENGAGE. I THEN ENGAGED GONZALEZ, DECENTRALIZED HIM, GAINING PHYSICAL CONTROL UNTIL SUPPORT STAFF ARRIVED. THE INCIDENT, IN IT'S ENTIRETY WAS PAIRED WITH LOUD VERBAL DIRECTIVES TO "STOP RESISTING AND DOWN!" DURING THE INCIDENT, I RECEIVED SUPERFICIAL SCRATCHES TO THE BRIDGE OF MY NOSE AND CHEEKS. MY EYE GLASSES WERE DAMAGED AT THIS TIME AS WELL. CO. HOLLAND RECEIVED A MEDICAL ASSESSMENT AT DS4 WHERE IT WAS FOUND THAT HE SUSTAINED AN INJURY TO ONE OF HIS KNEES. I AM UNAWARE OF ANY OTHER INJURIES TO STAFF OR GONZALEZ. ONLY THE NECESSARY AMOUNT OF FORCE WAS USED TO DECENTRALIZE AND GAIN CONTROL AND COMPLIANCE OF GONZALEZ

| REPORT WRITER PRINT YOUR NAME: | DATE (MM/DD/YYYY): |
|---|---|
| FJK | 04/18/2017 |
| NAME OF STAFF DELIVERING TO INMATE (PRINT NAME): | DATE (MM/DD/YYYY): |
| SWENSEN | 4-20-17 |

DISTRIBUTION: Original – Social Service File; Copy – Security Office; Copy - Inmate

EXHIBIT-11