DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-84 (Rev. 10/2014)

WISCONSIN
Administrative Code
Chapter DOC 303

# MAJOR DISCIPLINARY HEARING
## REASONS FOR DECISION AND EVIDENCE RELIED ON

| INMATE NAME (Last, First) | DOC # | FACILITY NAME: | HEARING DATE (mm/dd/yyyy): | CONDUCT REPORT # |
|---|---|---|---|---|
| GONZALES, PAULO | 394340 | CCI | 05/04/2017 | 2953754 |

☒ Inmate present at hearing   ☒ Conduct Report read aloud to inmate

☐ Inmate not present at hearing, but given a chance to attend. The committee knew these facts because:

**INMATE STATEMENT:** (summary)
*Interpreter was requested and Certified Language line was utilized. (Anna was interpreter)

On 04/18/2017 were you on HU8? That is incorrect, I was on HU9.
Yes, that is correct, I meant to say HU9.
Were you on HU9 on the above said date and time? Yes, for the past two years.
Were you talking with Unit Manager Fink on the above date and time? I want to explain what happened not answer questions.
I need to ask questions for due process. I am the victim here, I am not the aggressor, it goes all the way up; the warden, the social workers, Unit Manager Fink – they are all involved in this.
Is the conduct report correct as written? Well, I first want to tell you, I want her, that person over there doing the typing to write down exactly what I am saying because in the other place they don't write it the way I said it, what I am saying to you.
That doesn't apply to what I am asking you about this conduct report – Well I'm going to tell you what is really happening here, they are stealing my money from Cuba, and no phone company has my records for international calls.
This has nothing to do with the hearing right now or this conduct report. Well it's because he is changing everything, talking to me about work, I'm forced to work for the past one and half years, working like a slave.

Lt. Julson gave inmate one last warning that he will be asked questions regarding the conduct report only. OK

How do you plead to assault on an employee? I haven't spoken about that situation yet, how can I plead?
Did you throw the computer monitor at Unit Manager Fink? He wasn't paying attention to me? He was entertaining on the computer; he wasn't listening to me – I grabbed it on the front; he grabbed it on the back and it fell on the floor.
Did you throw the telephone at Unit Manager Fink and the plastic water bottle? Yes that's true.
Did you intend to hurt Unit Manager Fink? No I didn't have any intentions of hurting anyone; they took away my depression medicine ten days ago. And I told them something was going to happen, they were messing with my medicine and the money with the phone for the past eight years.

That's all the questions I have for you. I want to tell you I am a good inmate.

Peetz met with the inmate on May 3, 2017; he requested an interpreter and was informed of tentative date of hearing.

---

**EVIDENCE** The committee relies on the following evidence in finding the inmate guilty
☒ Statement in the Conduct Report # 2953754
☐ Testimony by reporting staff member
☐ Testimony by witness(es)
☒ Physical evidence (list)
   Video Footage
☐ Confidential Witness Statements (attach copy of DOC-0078A)
    ☐ Corroborated by one of the following:
      ☐ Other Evidence

EXHIBIT-12