DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-84A (Rev 10/2014)

WISCONSIN
Administrative Code
Chapters 303, 308, 311 & 324

# RECORD OF WITNESS TESTIMONY

THIS FORM MUST BE USED FOR ALL PERSONS GIVING STATEMENTS INCLUDING INMATE, STAFF MEMBER AND STAFF REPRESENTATIVE.

| INMATE NAME | DOC NUMBER | FACILITY NAME |
|---|---|---|
| GONZALES, PAULO | 394340 | CCI |

| HEARING DATE (mm/dd/yyyy) | HEARING TIME | CONDUCT REPORT NUMBER |
|---|---|---|
| 05/04/2017 | 10:30 a.m. | 2953754 |

NAME OF PERSON TESTIFYING — ☐ Inmate  ☐ Employee  ☐ Other

SUMMARY OF TESTIMONY:

NAME OF PERSON TESTIFYING — ☐ Inmate  ☐ Employee  ☐ Other

SUMMARY OF TESTIMONY

NAME OF PERSON TESTIFYING — ☐ Inmate  ☐ Employee  ☐ Other

SUMMARY OF TESTIMONY

NAME OF PERSON TESTIFYING — ☐ Inmate  ☐ Employee  ☐ Other

SUMMARY OF TESTIMONY

STAFF REPRESENTATIVE TESTIFYING
Peetz

SUMMARY OF TESTIMONY
Please see attached

| NAME OF STAFF MEMBER GIVING COPY TO INMATE (Please Print) | DATE COPY GIVEN TO INMATE (mm/dd/yyyy) |
|---|---|
| [signature] | 5-8-17 |

EXGHIBIT-13

DISTRIBUTION: Original – Social Service File, Conduct Report Section; Official Record – Designated Security File; Copy – Representative; Copy - Inmate