DEPARTMENT OF CORRECTIONS  
Division of Adult Institutions  
DOC-71 (Rev. 10/2014)

WISCONSIN  
Administrative Code  
Chapter DOC 303

# NOTICE OF MAJOR DISCIPLINARY HEARING RIGHTS
# AND WAIVER OF CONTESTED MAJOR HEARING AND WAIVER OF TIME

| INMATE NAME (Last, First) GONZALEZ, PAULO | DOC NUMBER 394340 | FACILITY NAME: CCI | CONDUCT REPORT NUMBER 2953754 |
|---|---|---|---|

## NOTICE OF CONTESTED MAJOR DISCIPLINARY HEARING RIGHTS

1. You have been accused and charged with a violating one or more of the rules and regulations of this facility, which has been designated as a major offense, as stated in the above-referenced Conduct Report.

2. If you are found guilty of the alleged violation(s), you may be subject to penalties as listed in DOC 303.70 and DOC 303.72 including but not limited to the following:
   - A. Reprimand
   - B. Loss of recreational privileges
   - C. Room/cell confinement
   - D. Building confinement
   - E. Loss of a privilege(s)
   - F. Assignment without pay
   - G. Extension of MR/ES date
   - H. Disciplinary Separation
   - I. Restitution

3. If you are found guilty of the alleged violation(s), the following may result:
   - A. Referral to Classification Committee
   - B. Loss of program or work assignment
   - C. Suspension or termination of visiting or mail privileges
   - D. Consideration as a basis for denying parole or earned release

4. If you choose not to contest the alleged violation(s), you may accept an uncontested major penalty in accordance with 303.78.

5. If you choose to contest the alleged violation(s), you have the right to respond and be heard by the Hearing Officer at a disciplinary hearing. You have the right to appear at such hearing on your own behalf and be assigned a staff representative in accordance with DOC 303.83.

6. If you choose to proceed as a Contested Major Hearing, it will be done in accordance with 303.80

PRINT NAME OF STAFF REPRESENTATIVE ASSIGNED / OR DESIGNATED BY WARDEN (if hearing is not waived)
M. Leiser/C. Peetz

| I fully understand this Notice of Contested Major Disciplinary Hearing Rights. INMATE SIGNATURE | DATE SIGNED (mm/dd/yyyy) |
|---|---|
| I have provided this inmate the Notice of Major Contested Disciplinary Hearing Rights. PRINT STAFF MEMBER NAME  *Swenson* | DATE (mm/dd/yyyy) 4-20-17 |

## WAIVER OF CONTESTED MAJOR DISCIPLINARY HEARING AND TIME LIMITS:

**NOTICE TO INMATE:** The Security Director made this hearing procedure a major hearing. You may waive the right to a staff representative and witnesses, and have a hearing in accordance with 303.81.

☐ I WAIVE MY RIGHT TO A CONTESTED MAJOR DISCIPLINARY HEARING; (also check box A or B)

☐ A. I ADMIT I AM GUILTY       ☐ B. I DO NOT ADMIT I AM GUILTY

**TO BE VALID:** Inmate must check both boxes and sign this statement. This statement must be witnessed and dated.

☐ I understand my rights by accepting an uncontested major disposition.
☐ I agree to an uncontested major disposition.

☐ I WAIVE THE 2 DAY TIME LIMIT AND HAVE NO OBJECTIONS TO A HEARING SOONER       ☐ I WAIVE THE 21 DAY LIMIT

| INMATE SIGNATURE | DATE SIGNED (mm/dd/yyyy) |
|---|---|

☒ Inmate refuses to sign
☐ Inmate unable to sign. Why? (obs., control, etc.)

| PRINT NAME OF EMPLOYEE PROVIDING NOTICE  *Swenson* | DATE (mm/dd/yyyy) 4-20-17 |
|---|---|

DISTRIBUTION: Original – Social Service File; Copy – Inmate; Copy – Security Office; Copy – Staff Representative      **EXHIBIT-14**