DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

WISCONSIN

Instruction to Inmate: Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| PAULO GONZALEZ | 394340 | N-9 / cell-10 |
| DATE FECHA: 3-29-2017 | WORK ASSIGNMENT ASIGNACION DE | |

☐ Interview *Entrevista*   ☒ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

TO: COMPLAINT EXAMINER'S OFFICE.
* COMPLAINT 2-14-2017. *
COMPLAINT NUMBER CCI-2017-4759
→ WHAT IS STATUS ON MY COMPLAINT?
* THANK YOU. → (NO ANSWER.)?

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST   DISPOSICION DE LA SOLICITUD**

☐ You Will Be Interviewed    Date: _____    Time: _____
  *Usted sera entrevistado*    Fecha:           Hora:
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:

4/1/2017

---

Due to the high number of complaints submitted to our office over the last few months, we have been behind in answering complaints. As soon as a decision is completed on your complaint I will mail it to you.

EXHIBIT-15C

EXHIBIT-15A

TO: PAULO GONZALEZ
A:
NUMBER: 394340
NUMERO:
UNIT: N-9 Hu9 cul #10
UNIDAD de VIVIENDA:
DATE: 3-29-2017
FECHA:

---

FOLD *DOBLE*

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

---

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**  **WISCONSIN**
Division of Adult Institutions
DOC-643 (Rev. 4/2015)

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO: COMPLAINT EXAMINER'S OFFICE
A:
DEPARTMENT:
*DEPARTAMENTO:*
DATE: 3-29-2017
*FECHA:*

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

EXHIBIT-15B